```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06293
    JAIME J BUSTOS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-9560

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/17/2008 and was not confirmed.

    The case was dismissed without confirmation 06/11/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------
AT & T                   UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER NOT FILED              .00            .00
CAPITAL ONE              UNSEC W/INTER NOT FILED              .00            .00
LVNV FUNDING LLC         UNSEC W/INTER    1712.16             .00            .00
LVNV FUNDING LLC         UNSEC W/INTER     273.23             .00            .00
INTERNAL REVENUE SERVICE UNSEC W/INTER    6095.31             .00            .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    3092.69             .00            .00
SWEDISH COVENANT HOSPITA UNSEC W/INTER NOT FILED              .00            .00
ASAD KHAN                NOTICE ONLY   NOT FILED              .00            .00
CITIFINANCIAL INC        CURRENT MORTG       .00              .00            .00
CITIFINANCIAL INC        MORTGAGE ARRE   1275.68              .00            .00
DEUTSCHE BANK NATL TR CO NOTICE ONLY   NOT FILED              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG       .00              .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE  74000.00              .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY        1013.69              .00            .00
INTERNAL REVENUE SERVICE PRIORITY            .00              .00            .00
LITTON LOAN SERVICING    NOTICE ONLY   NOT FILED              .00            .00
ILLINOIS DEPT OF REVENUE UNSEC W/INTER   1139.60              .00            .00
BURNS & WINCEK LTD       DEBTOR ATTY    2,500.00                          1,472.00
TOM VAUGHN               TRUSTEE                                            128.00
DEBTOR REFUND            REFUND                                                .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,600.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                 1,472.00
TRUSTEE COMPENSATION                             128.00
DEBTOR REFUND                                       .00
                       ---------------   ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 06293 JAIME J BUSTOS
```

| | | |
|---|---|---|
| TOTALS | 1,600.00 | 1,600.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE